1  William Green – SBN 129816
   DELFINO GREEN & GREEN
2  1010 B Street, Suite 320
   San Rafael, CA 94901
3  Telephone: (415) 442-4646
   Facsimile: (415) 442-4802
4

5  Attorneys for Plaintiff, PARTO TABATABAI

6
              UNITED STATES DISTRICT COURT
7
              NORTHERN DISTRICT OF CALIFORNIA
8
                                              *E-FILED - 8/17/06*
9

10 PARTO TABATABAI                  Case No.: C 06-00695

11      Plaintiff,                  **STIPULATION REGARDING**
                                    **POSTPONEMENT OF HEARING**
12                                  **DATE ON MOTION TO CLARIFY**
        v.                          **STANDARD OF REVIEW AND**
13                                  **CASE MANAGEMENT**
                                    **CONFERENCE**
14 VPA, INC. and HEWLETT-PACKARD
   COMPANY DISABILITY PLAN          _____
15
        Defendants.
16

17

18

19
        Plaintiff, Parto Tabatabai, and Defendant, The Hewlett-Packard Company Disability Plan,
20
   hereby stipulate and agree that in order to allow plaintiff additional time to file and serve her
21
   Opposition to the Motion to Clarify Standard of Review filed by The Hewlett-Packard Company
22
   Disability Plan, the briefing and hearing schedule will be modified as follows:
23
        1.   The hearing date on the Motion to Clarify Standard of Review filed by The
24
             Hewlett-Packard Company Disability Plan is continued from August 25, 2006 at 9
25
             a.m., to September 1, 2006 at 9 a.m.
26
        2.   Plaintiff's Opposition to the Motion to Clarify Standard of Review filed by The
27
                                       1
28 _____
   STIPULATION REGARDING POSTPONEMENT OF HEARING DATE                    Case No.: C 06-00695
   ON MOTION TO CLARIFY STANDARD OF REVIEW CLARIFICATION
   AND CASE MANAGEMENT CONFERENCE

Hewlett-Packard Company Disability Plan is due on or before August 11, 2006;

Defendant's Reply brief regarding the same is due on or before August 18, 2006.

3. The Case Management Conference scheduled for August 25, 2006 is hereby vacated; the Case Management Conference will take place immediately following the September 1, 2006, hearing on the Motion to Clarify Standard of Review.

Dated: August 9, 2006          DELFINO GREEN & GREEN

_____/s/_____
by William Green
Attorney for Plaintiff
Parto Tabatabai

Dated: August 9, 2006          GIBSON, DUNN & CRUTCHER, LLP

_____/s/_____
Susan B. Burr
Attorney for Defendant
The Hewlett-Packard Company Disability Plan

IT IS SO ORDERED:

 /s/ Ronald M. Whyte                    Dated: 8/17/06
UNITED STATES DISTRICT JUDGE
RONALD M. WHYTE

2

STIPULATION REGARDING POSTPONEMENT OF HEARING DATE                    Case No.: C 06-00695
ON MOTION TO CLARIFY STANDARD OF REVIEW CLARIFICATION
AND CASE MANAGEMENT CONFERENCE