1  William Green – SBN 129816
   DELFINO GREEN & GREEN
2  1010 B Street, Suite 320
   San Rafael, CA 94901
3  Telephone: (415) 442-4646
   Facsimile: (415) 442-4802
4

5  Attorneys for Plaintiff, PARTO TABATABAI

6
                    UNITED STATES DISTRICT COURT
7
                    NORTHERN DISTRICT OF CALIFORNIA
8
                                             *E-FILED - 11/9/06*
9

10 PARTO TABATABAI                    Case No.: C 06-00695-RMW

11     Plaintiff,                     **STIPULATION AND ORDER**
                                      **REGARDING CONTINUANCE OF**
12     v.                             **TRIAL DATE**

13
   VPA, INC. and HEWLETT-PACKARD
14 COMPANY DISABILITY PLAN

15     Defendants.

16

17

18
       Plaintiff, Parto Tabatabai, and Defendant, The Hewlett-Packard Company Disability Plan,
19
   hereby stipulate and agree that the December 13, 2006 trial date in the above-referenced matter
20
   should be continued to a date after March 1, 2007, or as soon thereafter as is convenient for the
21
   Court.
22
       The reasons for the stipulated continuance are as follows:
23
   1.  Since the last hearing, on September 1, 2006, the parties have been attempting to
24
       hold a settlement conference. A meeting was first scheduled to take place on
25
       September 15, 2006. Unfortunately, due to unanticipated events, it was necessary
26
       to postpone the meeting. The settlement meeting was then rescheduled for
27

28                                          1

---

STIPULATION AND ORDER REGARDING                                    Case No.: C 06-00695
CONTINUANCE OF TRIAL DATE

1 October 19, 2006.  Again, however, due to unanticipated events, the meeting was
2 again postponed.  However, both HP and Ms. Tabatabai continue to believe that
3 the settlement meeting will be fruitful and are attempting to reschedule the
4 conference.  Continuing the trial date to a date after March 1, 2007 will allow the
5 parties to re-schedule the meeting and hopefully resolve the case without the
6 necessity of a trial.
7   2. Plaintiff has drafted, but because of the scheduled settlement meetings, has
8 refrained from filing a motion seeking discovery on the issue of conflict of interest
9 of VPA.  Continuing the trial date to a date after March 1, 2007 will allow
10 plaintiff to refrain from filing the motion until after the settlement
11 discussions/meetings are concluded.
12   3. Trial counsel for HP in this matter has trial in Oklahoma scheduled to begin on
13 January 16, 2007, and anticipated to last approximately 6 weeks.  In addition, trial
14 counsel for HP has international travel plans during portions of November and
15 December.  Continuing the trial date to March 2007 will allow counsel for HP
16 sufficient time to meet with Ms. Tabatabai and her counsel and hopefully resolve
17 the case without the necessity of a trial.
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

2

STIPULATION AND ORDER REGARDING                                                                 Case No.: C 06-00695
CONTINUANCE OF TRIAL DATE

1  Based on the foregoing the parties hereby stipulate to a continuance of the December 13,
2  2006 trial date and mutually request a continued trial date after March 1, 2007.

4  Dated: October 25, 2006                    DELFINO GREEN & GREEN

6  _____/s/_____
   by William Green
   Attorney for Plaintiff
7  Parto Tabatabai

9  Dated: October 25, 2006                    GIBSON, DUNN & CRUTCHER, LLP

11 _____/s/_____
   Sally Berens
12 Attorney for Defendant
   The Hewlett-Packard Company Disability Plan

16 IT IS SO ORDERED:  The bench trial is reset to March 6, 2007 @ 9:00 a.m.  Trial briefs
                     due February 27, 2007.        (rmw)

   /S/ RONALD M. WHYTE                         DATED: 11/9/06
18 UNITED STATES DISTRICT JUDGE
   RONALD M. WHYTE

3