IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARTO TABATABAI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HEWLETT-PACKARD COMPANY DISABILITY PLAN,<br><br>　　　　Defendants. | ***E-FILED - 3-13-07***<br><br>CASE NO.: C-06-00695-RMW<br><br>**RECUSAL ORDER** |

Pursuant to Canon 3(C)(1)(a) of the Code of Conduct for United States Judges, I, the undersigned Judge of this Court, hereby recuse myself from participation in the above-entitled matter. The Clerk shall reassign the matter to another District Judge pursuant to the provisions of paragraph F of the Court's Assignment Plan.

All pending dates of motions, pretrial conference and trial are hereby vacated and are to be reset by the newly assigned judge.

DATED: March 13, 2007

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | |
| 2 | Copy of Order E-Filed to Counsel of Record: |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

2

RECUSAL ORDER
NO. C-06-00695-RMW